**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOLONGO GANTUMUR, | No. 09-71437 |
| Petitioner, | Agency No. A098-846-928 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Solongo Gantumur, a native and citizen of Mongolia, petitions for review of

the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for asylum.  We have

jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *Molina-*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Morales v. INS*, 237 F.3d 1048, 1050 (9th Cir. 2001), and we deny the petition for review.

Gantumur was harmed by her employer when she refused his demand to falsely claim she embezzled funds. Substantial evidence supports the agency's conclusion that Gantumur did not demonstrate past persecution or a well-founded fear of future persecution on account of a protected ground. *See id.* at 1052 (personal retribution by a prominent politician was not persecution on account of a protected ground); *Grava v. INS*, 205 F.3d 1177, 1181 (9th Cir. 2000) ("Whistleblowing against one's supervisors at work is not, as a matter of law, always an exercise of political opinion."). Accordingly, Gantumur's asylum claim fails.

**PETITION FOR REVIEW DENIED.**